**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Tom Wondell, | : |
|    Plaintiff, | : Civil Action No.: 4:14-cv-01966-ERW |
| v. | : |
| First Premier Bank; and DOES 1-10, inclusive, | : |
|    Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
**<u>PURSUANT TO RULE 41(a)</u>**

Tom Wondell ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 10, 2015

                                        Respectfully submitted,

                                        By: <u>/s/ Sergei Lemberg</u>

                                        Sergei Lemberg, Esq.
                                        Lemberg Law, L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2015, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Missouri Electronic Document Filing System (ECF), which sent notice of such filing to the following:

C. David Goerisch
Sarah A. Milunski
LEWIS, RICE & FINGERSH, L.C.
600 Washington Avenue, Suite 2500
St. Louis, MO 63101
*Attorneys for Defendant*

                                                       By  /s/ Sergei Lemberg
                                                            Sergei Lemberg